# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2020

## NO. 03-20-00111-CV

**Meyer, Lytton, Allen, Whitaker, Inc. d/b/a MLAW Engineers, Appellant**

**v.**

**Neail Hand, Jr. and Patricia Hand, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the interlocutory order signed by the trial court on January 23, 2020. Meyer, Lytton, Allen, Whitaker, Inc. d/b/a MLAW Engineers has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.